(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>District of Connecticut | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Emidio Woodworking & Sons, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**06-0974491** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**105 Day Street**<br>**Newington, CT 06111** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Hartford** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9                         ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Emidio Woodworking & Sons, Inc.** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X *[signature]*
Signature of Attorney for Debtor(s)
**Jeffrey M. Sklarz ct20938**
Printed Name of Attorney for Debtor(s)
**Zeisler & Zeisler, P.C.**
Firm Name
**558 Clinton Avenue**
**Bridgeport, CT 06605**
Address
Email: contact@zeislaw.com
**(203) 368-4234  Fax: (203) 367-9678**
Telephone Number
**10/14/05**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Emidio Zavarella**
Printed Name of Authorized Individual
**Secretary**
Title of Authorized Individual
**10/14/05**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## CORPORATE RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF EMIDIO WOODWORKING & SONS, INC.

I HEREBY CERTIFY that (i) I am the President and a member of the Board of Directors of Emidio Woodworking & Sons, Inc., a Connecticut Corporation (hereinafter referred to as the "Corporation"), (ii) the following is a true and correct copy of resolutions duly adopted by the Board of Directors of the Corporation on October 12, 2005, (the "Resolutions"), and (iii) the Resolutions neither conflict with any Bylaw or regulation of the Corporation nor have the Resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date;

RESOLVED, that the Corporation may (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), or (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that, the officers of the Corporation (collectively, the "Officers"), shall be, and each of them hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Corporation, (i) the voluntary petition of the Corporation pursuant to Chapter 11 of the Bankruptcy Code, or (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer or Officers so acting may approve; and be it

FURTHER RESOLVED, that the Corporation, as Debtor and Debtor-in-Possession under Chapter 11 of the Bankruptcy Code, borrow funds in such amounts, from such lenders and on such terms as may be approved by any one or more of the Officers as reasonably necessary for the continuing conduct of the affairs of the Corporation and grant security interests in and liens upon all or substantially all of the Corporation's assets as may be deemed necessary by any one or more of the Officers in connection with such borrowings; and be it

FURTHER RESOLVED, that the Officers shall be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as Debtor and Debtor-in-Possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer or Officers so acting hereby are approved; and be it

FURTHER RESOLVED, that the law firm of Zeisler & Zeisler, P. C. shall be, and it hereby is, authorized and empowered to represent the Corporation, as Debtor and Debtor-in-Possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the Officers shall be, and each of them hereby is, authorized and empowered to retain, on behalf of the Corporation, Zeisler & Zeisler, P. C. and such other attorneys, financial advisors and accountants as the Officer or Officers so acting shall deem appropriate in his or their judgment; and be it

FURTHER RESOLVED, that the Officers shall be, and each of them hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer or Officers so acting shall deem appropriate in his or their judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and be it

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers or Board of Directors of the Corporation, which have been taken, caused to have been taken or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

ATTEST:

_____      _____
                                      Anna Zavarella
                                      President

Dated: 10-12-05

# EMIDIO WOODWORKING & SONS, INC

## BEGINNING BALANCE SHEET

| Balance Sheet | | | Emidio Woodworking & Sons, Inc. | | |
|---|---|---|---|---|---|
| As of 10-14-05 | | | | | |
| | | | | | |
| ASSETS | | | | | |
| | Accounts Receivable Net of Retained | | | 273,167 | |
| | Equipment Appraised Market Value | | | 160,825 | |
| | | | | | |
| | Total Current Assets | | | 433,992 | |
| | Property | | | | |
| | | | | | |
| TOTAL ASSETS | | | | 433,992 | |
| | | | | | |
| LIABILITIES | | | | | |
| | Current Liabilities | | | | |
| | | Accounts Payable | | | |
| | | | Accounts Payable | 123,918 | |
| | | Total Accounts Payable | | 123,918 | |
| | | | | | |
| | | Other Liabilities | | | |
| | | | Banknorth | | |
| | | | Welco Lien | 22,163 | |
| | | | Saxonville Lien | 33,661 | |
| | | | SNET Diversified Group | 6,559 | |
| | | | State of CT | 126,265 | |
| | | | Internal Revenue Service | 28,922 | |
| | | | Other debt net of A/P | 440,457 | |
| | | Total Other Liabilities | | 658,027 | |
| | | | | | |
| | Total Liabilities | | | 781,945 | |
| | Total Equity | | | (347,953) | |
| | | | | | |
| TOTAL LIABILITIES & EQUITY | | | | 433,992 | |

**United States Bankruptcy Court**
District of Connecticut

In re  Emidio Woodworking & Sons, Inc.
                                            Debtor(s)

Case No. _____
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/14/05

Emidio Zavarella/Secretary
Signer/Title

Acadia Insurance
Attn: Pres., Gen. Partner
or Managing Member
2510 E. Irwin
Pierre, SD 57501


AFIAC
Attn: Pres., Gen. Partner
or Managing Member
1932 Wynnton Road
Columbus, GA 31999


AGR Fabricators, Inc.
c/o Stephen Silverberg, Esq.
111 Newington Road
West Hartford, CT 06110


Alarm Co.
Attn: Pres., Gen. Partner
or Managing Member
West Hartford, CT 06107


All Waste, Inc.
c/o Cohen Auger Burns & Hard
39 Grand Street
Hartford, CT 06106


AMGRO
c/o Scranton & Johnson
18 Concord Street
Glastonbury, CT 06033


Anthem Health Plans, Inc.
c/o Edward Jurkiewicz, Esq.
Edward P. Jurkiewicz, LLC
P.O. Box 222
New Hartford, CT 06057


Anthony Minnervini
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103

Banknorth N.A.
Attn: Pres., Gen. Partner
or Managing Member
2461 Main Street
Glastonbury, CT 06033


Bongiovanni Group, Inc.
Attn: Pres., Gen. Partner
or Managing Member


Boyce Highlands
Attn: Pres., Gen. Partner
or Managing Member
14 Whitney Road
Concord, NH 03301


Capital Grinding, LLC
Attn: Pres., Gen. Partner
or Managing Member
41 Meadow Street
Winsted, CT 06040


Carpenters Union
c/o Martin Gould
280 Trumbull Street
Hartford, CT 06103


CDC Publishing LLC
Attn: Pres., Gen. Partner or
Managing Member - Suite 400
2770 N. Indian River Blvd.
Vero Beach, FL 32960


CDC Publishing, LLC
Attn: Pres., Gen. Partner
or Managing Member
Philadelphia, PA 19175


Charles Appleby
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103

Chemco
Attn: Pres., Gen. Partner
or Managing Member
515 Huehl Road
Northbrook, IL 60062


Chong H. Yi
c/o Law Offices of
Jefferson D. Jelly
924 Farmington Avenue
West Hartford, CT 06107


City of Worcester
Collections Dept.
City Hall, Room 203
455 Main Street
Worcester, MA 01608


CL&P
Attn: Pres., Gen. Partner
or Managing Member
P.O. Box


Comm. of Revenue Services
State of Connecticut
25 Sigourney Street
Hartford, CT 06106


CT Multispecialty Group
Attn: Pres., Gen. Partner
or Managing Member
CT


CT Natural Gas
Attn: Pres., Gen. Partner
or Managing Member
10 State Square, 6th Floor
Hartford, CT 06144


CT Plywood
c/o Howard Kantrovitz, Esq.
1 Bradley Road, Suite 305
New Haven, CT 06525


CT Solid Surface, LLC
Attn: Pres., Gen. Partner
or Managing Member

David Palmisciano
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103


Delta Capital Group, LLC
Attn: Pres., Gen. Partner
or Managing Member
30 Tower Lane
Avon, CT 06001


Delux
Attn: Pres., Gen. Partner
or Managing Member
Cincinnati, OH 45274


Department of Labor
State of Connecticut
200 Folly Brook Blvd.
Wethersfield, CT 06109


Department of Revenue
State of Connecticut
25 Sigourney Street
Hartford, CT 06106


Department of Revenue
State of Connecticut
25 Sigourney Street
Hartford, CT 06106


DGI Supply
Attn: Pres., Gen. Partner
or Managing Member
4436 Payshpere Circle
Lewisberry, PA 17339


Duo-Fast Northeast
Attn: Pres., Gen. Partner
or Managing Member
22 Tolland Street
Hartford, CT 06108


Eastern CT Health Network
Attn: Pres., Gen. Partner
or Managing Member
Eastern, CT

Ernie's Precision Sharpening  
Attn: Pres., Gen. Partner  
or Managing Member  
Kensington, CT 06037

Excell, Inc.  
Attn: Pres., Gen. Partner  
or Managing Member  
243 Beach Road  
West Hartford, CT 06107

Expert Comfort  
Attn: Pres., Gen. Partner  
or Managing Member  
4 Northwood Drive  
Bloomfield, CT 06002

Glenn Marshall  
c/o Gould Killian & Wynne  
280 Trumbull Street  
Hartford, CT 06103

Harleysville Insurance  
c/o Access Receivables  
120 Front Street, Suite 500  
Worcester, MA 01608

Herringtons  
Attn: Pres., Gen. Partner  
or Managing Member  
312 White Hill Lane  
Hillsdale, NY 12529

Home Depot  
Attn: Pres., Gen. Partner  
or Managing Member  
Processing Center  
Des Moines, IA 50364

Ici Dulux  
Attn: Pres, Gen. Partner  
or Managing Member

Inpro Corp.
Attn: Pres., Gen. Partner
or Managing Member
1160 Silas Deane Highway
Wethersfield, CT 06109


Integra Tooling
Attn: Pres., Gen. Partner
or Managing Member
818 Rt. 25A
Northport, NY 11768


Internal Revenue Service
936 Silas Deane Highway
2nd Floor
Wethersfield, CT 06109


Internal Revenue Service
936 Silas Deane Highway
2nd Floor
Wethersfield, CT 06109


John Farnham
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103


Joseph Epifano
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103


Kelly Container
Attn: Pres., Gen. Partner
or Managing Member
911 South Street
Suffield, CT 06078


Knoll, Inc.
Attn: Pres., Gen. Partner
or Managing Member
191 Peachtree St NE #300
Atlanta, GA 30303

Law Office of Alan Silver
Attn: Pres., Gen. Partner
or Managing Member
274 Silas Deane Highway
Wethersfield, CT 06109


Leiser USA
c/o Stephen Boyd
5300 Oakbrook Pkwy.
Bldg. 300, Suite 300
Norcross, GA 30093


Levy & Droney, P.C.
Attn: Pres., Gen. Partner
or Managing Member
74 Batterson Park Road
Farmington, CT 06032


M & M Cleaning
Attn: Pres., Gen. Partner
or Managing Member
17 Kingston Street
West Hartford, CT 06119


Martin Alvarenga
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103


Marvins Morganbesser
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103


McQuestern Co.
Attn: Pres., Gen. Partner
or Managing Member
600 Ironhorse Park
North Billerica, MA 01862


Medworks LLC
Attn: Pres., Gen. Partner
or Managing Member
375 East Cedar Street
Newington, CT 06111

```
Metropolitan District Water
555 Main Street
Hartford, CT 06142


Michelson Kane Royster, et al
Attn: Pres., Gen. Partner
or Managing Member
93 Oak Street
Hartford, CT 06106


Monster, Inc.
Attn: Pres., Gen. Partner
or Managing Member
Newark, NJ 07189


Murtha Cullina LLP
Attn: Pres., Gen. Partner
or Managing Member
CityPlace 1, 185 Asylum St.
Hartford, CT 06103


National Right to Work Comm.
Attn: Pres., Gen. Partner
or Managing Member
8001 Braddock Rd., Ste. 500
Springfield, VA 22160


New England Time
Attn: Pres., Gen. Partner
or Managing Member
9 Fletcher Street, Suite 3
Chelmsford, MA 01824


Nextel
Attn: Pres., Gen. Partner
or Managing Member
1324 Eastern Blvd.
Essex, MD 21221


Numbers By Nan
Attn: Pres., Gen. Partner
or Managing Member
P.O. Box
```

Omar's Coffee
Attn: Pres., Gen. Partner
or Managing Member
41 Commerce Court
Newington, CT 06111


Outwater Hardware Corp.
Attn: Pres., Gen. Partner
or Managing Member
132 Beaver Brook Road
Lincoln Park, NJ 07035


People's Bank
c/o Lawrence Sgrignari, Esq.
3127 Whitney Avenue
Hamden, CT 06518


Perfectemp
Attn: Pres., Gen. Partner
or Managing Member
635 Old Turnpike Road
Plantsville, CT 06479


Progressive Insurance
c/o NCO Financial
507 Prudential Road
Horsham, PA 19044


Prudential Financial
Attn: Pres., Gen. Partner
or Managing Member
1936 Cottman Avenue
Philadelphia, PA 19111


Rangine Corporation
c/o Cohen Auger Burns & Hard
39 Grand Street
Hartford, CT 06106


Reed Construction Data
Attn: Pres., Gen. Partner
or Managing Member
1600 Old Country Road
Plainview, NY 11803

Rex Lumber
c/o Howard Kantrovitz, Esq.
1 Bradley Road, Suite 305
New Haven, CT 06525


Richard Monarco
c/o Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103


RJ Reuter, LLC
Attn: Pres., Gen. Partner
or Managing Member
28 Sandpiper Crescent
Milford, CT 06460


Saxonville USA
c/o Albrecht & Zelman
116 Cottage Grove Road
P.O. Box 511
Bloomfield, CT 06002


SBC/SNET
Attn: Pres., Gen. Partner
or Managing Member
227 Church Street
New Haven, CT 06510


SBC/SNET Yellow Pages
Attn: Pres., Gen. Partner
or Managing Member
227 Church Street
New Haven, CT 06510


Sheptoff, Reuber & Company, P.
Attn: Pres., Gen. Partner
or Managing Member
111 New London Turnpike
Glastonbury, CT 06033


SNET Diversified Group, Inc.
c/o Roberson & Kumiega, LLC
185 West Road
P.O. Box 285
Ellington, CT 06029

Sovereign Bank
c/o Western Union
Attn Pres, Gen Ptnr or Mgm Mbr


Sunoco Station
c/o Alan Berman
606 Farmington Avenue
Hartford, CT 06105


Superior Shipping & Handling
Products, LLC
Attn Pres, Gen Ptr or Mgm Mbr
69 Francis Avenue
Hartford, CT 06106


The Hartford
Attn: Pres., Gen. Partner
or Managing Member
One Hartford Plaza
Hartford, CT 06103


Thomas J. Farrell, Esq.
Law Office of Alan B. Silver
274 Silas Deane Highway
Wethersfield, CT 06109


Town of Newington
Tax Collector
131 Cedar Street
Newington, CT 06111


United Healthcare
Attn: Pres., Gen. Partner
or Managing Member
4316 Rice Lake Road
Duluth, MN 55811


W. Moore Profiles, LTD
Attn: Pres., Gen. Partner
or Managing Member
1 Commercial Drive
Florida, NY 10921

W.B. Mason
Attn: Pres., Gen. Partner
or Managing Member
43 North Road
East Windsor, CT 06088


W.W. Granger, Inc.
c/o Lathrop & Gage
1300 Eye Street
Suite 1050 East
Washington, DC 20005


Welco
Attn: Pres., Gen. Partner
or Managing Member
52 Richards Street
West Haven, CT 06516


Wentworth-DeAngelis, Inc.
Attn: Pres., Gen. Partner
or Managing Member
74 Batterson Road
Farmington, CT 06034


Wesley Tools
c/o Ed Jacobs
142 Temple Street
New Haven, CT 06509


Weslyan University
Attn: Pres., Gen. Partner
or Managing Member
1440 Whalley Ave., Dept. 105
New Haven, CT 06515


Window Shop
Attn: Pres., Gen. Partner
or Managing Member
347 East Street
Plainville, CT 06062